UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00377

**Matthew Wayne Britt,**
*Plaintiff,*

v.

**Gregg County Sheriff Office,**
*Defendant.*

# ORDER

Plaintiff Matthew Wayne Britt, proceeding pro se, filed this civil rights lawsuit under 42 U.S.C. § 1983 while he was an inmate of the Gregg County Jail. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On November 9, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice for failure to comply with the court's order to pay an initial, partial filing fee. Doc. 9. A copy of the report was mailed to plaintiff, but it was returned as undeliverable, indicating that plaintiff is no longer in the jail. Doc. 10. Plaintiff did not file written objections and has not notified the court of his new address.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on December 20, 2023.*

J. CAMPBELL BARKER
United States District Judge